IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02272–EWN–MEH

JESSICA NOREEN,

    Plaintiff,

v.

HOMETOWN AMERICA MANAGEMENT, LLC.,
d/b/a COUNTRYSIDE VILLAGE,

    Defendant.

---

**ORDER**

---

This matter comes before the court on "Plaintiff's Motion to Interplead Hospital" (#26, filed October 4, 2006. This court has reviewed the pleadings, applicable statutes and law, and being fully advised; it is

ORDERED that the Plaintiff's Motion for Interpleader be GRANTED and the Longmont United Hospital will be added as a party defendant to determine the validity of the lien filed by the hospital. The Plaintiff shall deposit the amount of the lien in the registry of this Court for distribution pursuant to court order. The Hospital will be added as a party upon proof of service under the Rules.

Dated this 5th day of October, 2006.

                                            BY THE COURT:

                                            <u>s/ Edward W. Nottingham</u>
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge